```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2024
```

May 3, 2024

**VIA ECF**

The Honorable Margaret M. Garnett
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

      Re:    *Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP v. Ethereal Tech Pte. Ltd, et al.*, No. 1:24-cv-03160 (MMG)

Dear Judge Garnett:

      Pursuant to Rules I(B)(5) and II(A)(5) of Your Honor's Individual Rules and Practices in Civil Cases ("Individual Rules"), Plaintiff Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP ("Olympus Peak") in the above-captioned action respectfully requests to adjourn the Initial Pretrial Conference until the week of June 17, 2024. Defendants Ethereal Tech Pte. Ltd. and Burdy Technology Limited do not object.

      On April 29, 2024, Your Honor issued an Order scheduling an Initial Pretrial Conference on June 12, 2024, at 11:30 a.m. ECF No. 2. Lead counsel for Olympus Peak, Ariel Lavinbuk, is unable to attend the conference on that date. Mr. Lavinbuk's 80-year-old father is scheduled for surgery on June 11, 2024, and Mr. Lavinbuk is his father's caretaker and will need to attend to his father during the days immediately following the surgery. Mr. Lavinbuk will be able to attend a conference with the Court the following week of June 17, 2024.

      The Initial Pretrial Conference is the only currently scheduled appearance before the Court. This is Olympus Peak's first request to adjourn the Initial Pretrial Conference. Defendants do not object to the adjournment.

---

Request for adjournment GRANTED. The Initial Pretrial Conference will now take place on **Thursday, June 20, 2024, at 9:30 a.m.** The Clerk of Court is directed to terminate Dkt. No. 4.

SO ORDERED. Date 5/6/2024

*/s/ Margaret M. Garnett*
HON. MARGARET M. GARNETT
U.S. DISTRICT JUDGE

The Honorable Margaret M. Garnett
May 3, 2024

Respectfully submitted,

/s/ Ariel N. Lavinbuk

Ariel N. Lavinbuk
Thomas T. Janover
Shikha Garg (*pro hac vice* forthcoming)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
2000 K Street NW, 4th Floor
Washington, DC 20006
Tel: (202) 775-4500
Fax: (202) 775-4510

*Counsel for Plaintiff Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP*

The Honorable Margaret M. Garnett
May 3, 2024

## CERTIFICATE OF SERVICE

I certify that on May 3, 2024, I caused a copy of the foregoing Motion to Adjourn to be served by ECF on all parties who have made an ECF appearance.  I also caused copies of the foregoing to be served by email on the following:

Daniel L. Cantor
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Tel: (212) 408-2483
Email: dcantor@omm.com

William Ka Hing Pao
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Tel: (213)-430-7272
Email: wpao@omm.com

*Counsel for Defendants Ethereal Tech Pte. Ltd. and Burdy Technology Limited*

                                                 */s/ Ariel N. Lavinbuk*
                                                 Ariel N. Lavinbuk