```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/23/2024
```

# TRACHTENBERG & ARENA, LLP
### Attorneys at Law
420 Lexington Avenue, Suite 2818
New York, New York 10170

Stephen J. Arena
sarena@talaw.law

Telephone (212) 972-1375
Telecopier (212) 972-1376
www.talaw.law

May 22, 2024

**VIA ECF:**

Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

      *Re:* Olympus Peak Trade Claims Opportunities Fund I NON-ECI Master LP v. Ethereal Tech PTE. LTD. and Burdy Technology Limited; Case No. 1:24-cv-03160-MMG

Dear Judge Garnett,

    This firm represents Defendant Ethereal Tech PTE. LTD. ("Ethereal") in the above-referenced matter. I write jointly on behalf of Ethereal and Defendant Burdy Technology Limited ("Burdy") represented by Rimon, P.C.

    I write pursuant to Rules I(B)(5) and II(A)(5) of Your Honor's Individual Rules & Practices in Civil Cases to seek an adjournment of Defendants' time to answer the complaint and an adjournment of Initial Pretrial Conference.

    Trachtenberg & Arena, LLP and Rimon, P.C. were each just retained to represent Defendants Ethereal and Burdy respectively in place of prior counsel for defendants O'Melveny & Myers LLP. We are in the process of completing our substitution of counsel papers with O'Melveny & Myers and getting up to speed with and learning about the claims and issues of this action. In light of this, counsel for each Defendant needs additional time to file their answers in this action.

    Pursuant to the current schedule Defendants' deadline to file their answers is May 28, 2024 and the Initial Pretrial Conference is scheduled for June 20, 2024.

    We respectfully request that Defendants' time to file their respective answers be adjourned to June 27, 2024 and that the Initial Pretrial Conference be adjourned at the Court's convenience to the third or fourth week of July.

    Plaintiff's counsel has consented to both of the requested adjournments.

Defendants have made no prior request for the relief sought herein.

Respectfully submitted,

/s/ Stephen Arena

Stephen Arena
*For Ethereal Tech PTE. LTD.*

cc: All counsel of record (via ECF)

---

Request for extension and adjournment GRANTED. The time for Defendants to respond to the complaint is hereby extended to **June 27, 2024.** The initial pretrial conference is adjourned from June 20, 2024, to **Wednesday, July 24, 2024, at 11:30 a.m.** Additionally, the joint letter and proposed case management plan described in the Order at Dkt. No. 2 shall now be due on **July 17, 2024.** The Clerk of Court is directed to terminate Dkt. No. 13.

SO ORDERED.  Date 5/23/2024

HON. MARGARET M. GARNETT
U.S. DISTRICT JUDGE